FILED
OCT 5 2011
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:11cr173-MEF |
| v. | ) | [26 USC § 7206(2)] |
| | ) | |
| SHENITA NICOLE JAMES | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about February 3, 2009, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

SHENITA NICOLE JAMES,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with any matter arising under, the internal revenue laws, to the Internal Revenue Service, a U.S. Individual Income Tax Return, Form 1040, of J.W. for the calendar year 2008. The return was false and fraudulent as to a material matter, in that it represented on line 7 that J.W. earned $13,444.00 in household help (otherwise known as "HSH") income and was entitled under the provisions of the Internal Revenue laws to claim on line 64a an earned income credit in the amount of $4,824.00, and on line 69 a first-time homebuyer credit of $7,500, and a refund in the amount of $13,666.00, whereas, as the defendant then and there knew, J.W. did not earn that amount of household help income, was not entitled to a first-time homebuyer credit, was not entitled to said earned income credit, and was not entitled to the refund in the claimed amount,

in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney

2